FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 JAN -5  A 11: 38

LORETTA G. WHYTE
CLERK

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JACQUELINE BLOODWORTH | * | CIVIL ACTION |
| VERSUS | * | NO: 04-2651 |
| JOHNNIE JONES, WARDEN | * | SECTION: "I"(6) |

### O R D E R

The Court, having considered the petition, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter.

Therefore, **IT IS ORDERED** that the petition of Jacqueline Bloodworth for issuance of a writ of *habeas corpus* under 28 U.S.C. § 2254, be, and the same is hereby **DENIED WITH PREJUDICE** as time-barred.

New Orleans, Louisiana, this ___4___ day of _____, 2006.

_____
UNITED STATES DISTRICT JUDGE

___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No._____